B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Alfaro, Carlos I** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6792** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3711 North Kenneth<br>Unit 220<br>Chicago, IL**<br><div style="text-align:right">ZIP Code<br>**60641**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div style="text-align:right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 411768<br>Chicago, IL**<br><div style="text-align:right">ZIP Code<br>**60641**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div style="text-align:right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."     ☐ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                                    Page 2

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Alfaro, Carlos I** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Edwin L Feld**                    **January 27, 2015**<br>Signature of Attorney for Debtor(s)                 (Date)<br>**Edwin L Feld 6188070** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Alfaro, Carlos I** |

<div align="center">Signatures</div>

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Carlos I Alfaro**
_____
Signature of Debtor  **Carlos I Alfaro**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 27, 2015**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Edwin L Feld**
_____
Signature of Attorney for Debtor(s)

**Edwin L Feld 6188070**
_____
Printed Name of Attorney for Debtor(s)

**Edwin L Feld & Associates, LLC**
_____
Firm Name

**29 South LaSalle Street**
**Suite 328**
**Chicago, IL 60603**
_____
Address

**312-263-2100  Fax: 312-263-9838**
_____
Telephone Number

**January 27, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Carlos I Alfaro**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Carlos I Alfaro**
                        **Carlos I Alfaro**

Date:   **January 27, 2015**

B 201A (Form 201A) (6/14)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the

Form B 201A, Notice to Consumer Debtor(s)                                                                                                    Page 2

Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Carlos I Alfaro** _____   Case No. _____
_____   Chapter   **7**
                              Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Carlos I Alfaro** | X **/s/ Carlos I Alfaro** | **January 27, 2015** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

ADT Security Services
P.O. Box 371490
Pittsburgh, PA 15250-7490


Alex Wasserman
2778 N. Milwaukee Ave
#307
Chicago, IL 60647


Alex Webb
2630 N. Troy
Chicago, IL 60647


Alexa Layton
1925 N. Sawyer
#1
Chicago, IL 60647


American Airlines Employees Federal
PO Box 155489
Ft. Worth, TX 76155-0489


American Recovery Service Inc
555 St. Charles Drive, Ste 100
Thousand Oaks, CA 91360


Ana Delgado
3026 W. Belden Ave
Chicago, IL 60647


Anne Welch
3137 N. Kimball
Chicago, IL 60618


Ashanti DeSilva
2628 N. Spaulding Ave
Apt 3
Chicago, IL 60647


Ashley Joyce
2031 N. Spaulding
Chicago, IL 60647

Ashton Lofgreen
2984 N. Wisner Ave
Unit 1
Chicago, IL 60681


BAC Home Loans Servicing
c/o Pierce & Associates
One North Dearborn, Ste 1300
Chicago, IL 60602


Bank of America
PO Box 982235
El Paso, TX 79998


Bank of America
P.O. Box 15796
Wilmington, DE 19886


Bank of America
PO Box 45144
Jacksonville, FL 32232


Bank of America Auto
PO Box 15220
Wilmington, DE 19886


Bianca Sedano
3203 W. armitage
Apt 2F
Chicago, IL 60647


BJ Acaley
2542 N. Emmet St.
#9
Chicago, IL 60647


Bloomingdales
PO Box 183083
Columbus, OH 43218


Breana Anderson
2724 N. Monticello
Chicago, IL 60647

Caitlin Davis
3023 W. Wellington Ave
#2
Chicago, IL 60618


Caitlin Williams
3125 W. Fullerton Ave
Chicago, IL 60647


Card Member Services
PO Box 108
Saint Louis, MO 63166


Cat Collins
2316 W. Greenleaf Ave.
Chicago, IL 60647


CBeyond


Cintas
PO Box 88005
Chicago, IL 60680


Colin Declue
2614 N. Spaulding Ave
Chicago, IL 60647


Collen Egan
2537 N Bernard
Chicago, IL 60647


Commonwealth Edison
P.O. Box 87522
Chicago, IL 60680


Dan Rak
3038 N. Leavitt
#1
Chicago, IL 60618


David Romanoff
2117 W. Ohio St.
#2
Chicago, IL 60612

Dawn Bonasera
4620 W. Deming Pl
Chicago, IL 60639

Erin Sievers
2734 N. Kimball
#3
Chicago, IL 60647

First Class Merchant Services
P.O. Box 6600
Hagerstown, MD 21740

Frankie Torres
3423 W. Schubert Ave
Chicago, IL 60647

GECRB/Art Van Furniture
PO Box 965036
Orlando, FL 32896

GECRB/TJX
PO Box 965005
Orlando, FL 32896

Groot Industries
PO Box 1325
Elk Grove Village, IL 60009

HBRC Group
3348 Peachtree Rd
Tower Place 200 Suie 750
Atlanta, GA 30236

Ice Mountain Spring Water
6661 Dixie Highway, Suite 4
Louisville, KY 40258

Illana Mesimger
5941 N. Austin
Chicago, IL 60618

IRS
Ogden, UT 84201

Jacqueline Marsonet
2334 77th ave
Elmwood Park, IL 60707


Janet Rauschenberger
3002 N. Sawyer Ave
Chicago, IL 60618


Jasmina Lopez
2737 N. Spaulding Ave
Apt 211
Chicago, IL 60647


Jason Mcgovern
3005 W. Logan
#5
Chicago, IL 60647


Jayson Torres
2940 N. Kildare
Chicago, IL 60641


Jeanne Sparrow
2021 N. Kedzie Ave 5F
Chicago, IL 60647


Jeff Svehla
2476 N. Albany Ave
#3
Chicago, IL 60647


Jeffery's Plumbing and Heating
435 N. Kedvale
Chicago, IL 60641


Jennifer Fennerty
3513 W. Wrightwood Ave
Chicago, IL 60647


Jesus Alicea
2233 W. Taylor St
Chicago, IL 60612

Joanna Rudnick
3002 W. Montrose
#3A
Chicago, IL 60618


John Byler
2634 N. Ridgeway Ave
Chicago, IL 60647


Jon Rauschenberger
3002 N. Sawyer Ave
Chicago, IL 60618


Jonathan Francia
2411 N. St Louis
Chicago, IL 60647


Jonathan Uhl
2532 N. Linden Pl
Unit 2
Chicago, IL 60647


Jose Ramon Villa
3518 N. Kildare
Chicago, IL 60641


Joshua Hutchinson
2629 N. Emmet
Chicago, IL 60647


Josue Sabillon
2641 N. Troy
Chicago, IL 60647


Justin Dyskstra
2642 N. Albany
#2
Chicago, IL 60647


Justin Fluck
2833 N. Francisco
Chicago, IL 60647

Keith Zluky
2624 N Troy St
#1
Chicago, IL 60647


Kelli Rojek
2833 N. Spaulding
Chicago, IL 60647


Kelly Paxson
3347 N. Albany Ave
Chicago, IL 60618


Kerry Schmidt
3160 N. Lincoln Ave
#207


Kim Sledgister
1708 N. Maplewood
Chicago, IL 60647


Kolleen Ruffino
1003 N. St. Louis Ave
Chicago, IL 60651


Kristina Diaz
3310 W. Schubert Ave
3W
Chicago, IL 60647


Lauren Dixon
2637 N. Spaulding Ave
Apt 3E
Chicago, IL 60647


Lauren Romanoff
530 N. Wood St
Unit B
Chicago, IL 60618


Lawrence Woods
4609 S. Prairie Ave
1st Floor
Chicago, IL 60653

Leticia Gomez
2628 N. Sawyer
Chicago, IL 60647


Marc Raholin
4828 W. Cornelia Ave
Chicago, IL 60641


Maria Krasinski
2412 N. Talman
Chicago, IL 60647


Marianne Deacon
2415 W. Belden Ave
Chicago, IL 60647


Maribell Nieves
3567 W. Palmer
Apt B
Chicago, IL 60647


Martha Gomez
2721 N Lawndale
Chicago, IL 60618


Martha Heston
3005 W. Logan Blvd
#3
Chicago, IL 60647


Max Baire
3320 W. Altgeld
Apt GDN
Chicago, IL 60647


MBF Leasing
132 W. 31st St
14th Floor
New York, NY 10001


Meredith Dykstra
2462 N Albany
Apt 2
Chicago, IL 60647

Meredith Joyce
2531 N. Washtenaw Ave
Chicago, IL 60647

Middle West Distributors Inc
1195 Atlantic Drive
West Chicago, IL 60185

Mike Schmidt
3160 N. Lincoln Ave
#207
Chicago, IL 60651

Monica Smutek
2800 N. Greenview Ave
Apt 3N
Chicago, IL 60657

Nate Stein
3124 W. Logan Blvd
Chicago, IL 60647

National Pen Co. LLC Credit Dept
12121 Scripps Summit Dr.
Suite 200
San Diego, CA 92131

Nelco
P.O. Box 1157
Grand Rapids, MI 49501

Patrick Niebres
3530 W. Lyndale St
Chicago, IL 60647

Patty Stevenson
2439 N. Albany Ave.
Unit 3S
Chicago, IL 60647

Paul Sadowski
2825 N. Spaulding Ave
Chicago, IL 60618

People's Gas
PO Box 19100
Green Bay, WI 54307-9100


Peoples Energy
200 E Randolph
Chicago, IL 60601


Pet Food Experts
P.O. Box 7119
Cumberland, RI 02864


Peter Carnevale
2822 N. Whipple
Chicago, IL 60618


Quill.com
P.O. Box 37600
Philadelphia, PA 19101


Ramon Selvas
2704 N. Whipple
Chicago, IL 60647


RFG Distributing
909 Lake Carolyn Parkway Suite 450
Irving, TX 75039


Robb Telfer
2816 N. Kedzie Ave
#1
Chicago, IL 60618


Robin Brazy
5224 W. Barry Ave
Chicago, IL 60644


Sara Biazar
3105 W. Palmer Blvd
Chicago, IL 60647


Sarah Liebman
2524 N. Sawyer
Chicago, IL 60647

Sarah Maxwell
2629 N. emmet
Chicago, IL 60647

Scott Picco
3262 W. Armitage Ave
Unit 2
Chicago, IL 60647

Sears/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Shamari Colon
2704 N Sawyer ave
Apt 212
Chicago, IL 60647

Shawn Concannon
15324 Las Florest
Oak Forest, IL 60452

Sheri Melvin
5305 N. Mobile Ave
Chicago, IL 60630

Sonia Gomez
3044 W. Logan Blvd
Chicago, IL 60647

Standard Parking
8037 Collection Center Dr
Chicago, IL 60693

State Farm Insurance
2702 Ireland Grove Rd
Bloomington, IL 61709-0001

Stefanie Schneck
1929 W. Wellington
Chicago, IL 60647

Stephany Ross
904 N. Washtenaw
Chicago, IL 60622

Steve Bonasera
4620 W. Deming pl
Chicago, IL 60639


Susan Raholin
3241 W. Palmer
Unit 1E
Chicago, IL 60647


Tania Sanchez
2639 N. Milwaukee Ave
Chicago, IL 60647


The Tides Lakeshore East
360 E. South Water St.
Chicago, IL 60601


Thomas Francis
2618 N. Spaulding Ave
#3W
Chicago, IL 60647


Tina Boho
3328 N. Drake Ave
#3
Chicago, IL 60618


Tracy Weisberg
2605 N. Sawyer Ave
#1
Chicago, IL 60647


Trish Carnevale
2822 N. Whipple
Chicago, IL 60618


Trisha Sadowski
2825 N Spaulding Ave
Chicago, IL 60618


Tyler Maxwell
2246 N Lawndale Ave
Chicago, IL 60644

US Bank
P.O. Box 5830
Portland, OR 97228


US Bank
PO Box 790408
Saint Louis, MO 63179


Valerie Harris
2526 N Drake Ave
Chicago, IL 60647


Wells Fargo Education Finance
501 Bleeker St
Utica, NY 13501


Xsport Fitness
47W210 Rt 30
Big Rock, IL 60511